IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CARLOS ALEJANDRO CACERES CALA,** | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:26-CV-618-L-BK** |
| **MERRICK GARLAND,** ***et al.*****,** | § | |
| Respondents. | § | |

**ORDER**

On November 4, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 18) was entered, recommending that the court dismiss with prejudice this habeas action brought pursuant to 28 U.S.C. § 2241, in light of the Fifth Circuit's opinion in *Rodriguez v. Vergara*, — F.4th —, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (en banc), in which the court held that applicants for admission, like Petitioner, can be properly detained without bond under § 1225, and the Fifth Amendment's Due Process Clause does not require their release. *Id.* at *1, *7. The magistrate judge, therefore, determined that *Rodriguez v. Vergara* forecloses Petitioner's claims. No objections to the Report were filed, and the 14-day deadline for filing objections has expired.

Having considered the habeas petition, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's section 2241 Petition and **dismisses with prejudice** this action.

**It is so ordered** this 25th day of November, 2026.

Sam A. Lindsay
United States District Judge